FILED'06 MAY 30 11:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NGA THI LE, | Civil No. 05-802-BR |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARTNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,700.00 are awarded to Plaintiff's attorney, Karen Stolzberg, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this 30th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [05-802-BR]